HANNAH C. BRINK, Respondent, *v.* GUARANTY MUTUAL ACCIDENT ASSOCIATION, Appellant.

(Argued December 8, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made December 27, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Raphael J. Moses, Jr.,* for appellant.

*William F. O'Neill* for respondent

Agree to affirm; no opinion.
All concur.
Judgment affirmed.